UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERMARINE, LLC, | ) |
| | ) |
| | ) CASE NO. 4:14-CV-00145 |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SPLIETHOFF BEVRACHTINGSKANTOOR B.V., SPLIETHOFF AMERICAS, INC., and KASPER BIHLET, | ) ) ) ) |
| | ) |
| Defendants | ) |

**PLAINTIFF'S NOTICE OF RELATED LITIGATION**

Pursuant to Local Rule 5.2, plaintiff Intermarine, LLC, gives notice that this case is related to *Intermarine, LLC. v. Bihlet*, Case No. 4:13 cv 02360, and involves the same parties and controversy.

/s/Cecily L. Kaffer
**Cecily L. Kaffer**

CECILY L. KAFFER pro hac vice pending

The Kullman Firm
A Professional Law Corporation

Post Office Box 1287
Mobile, Alabama 36633
Telephone: (251) 432-1811
Facsimile: (251) 433-1230
clk@kullmanlaw.com

ATTORNEY FOR PLAINTIFF
INTERMARINE, LLC

1

OF COUNSEL:

SAMUEL ZURIK, III
Texas Bar No. 24044397

The Kullman Firm
A Professional Law Corporation

Post Office Box 60118
New Orleans, LA 70160
Telephone:   (504) 524-4162
Facsimile:    (504) 596-4114
sz@kullmanlaw.com


TO BE SERVED WITH COMPLAINT, AS FOLLOWS:

Plaintiff will serve Defendants Spliethoff Americas, Inc., and Kasper Bihlet by private process server as follows:

Spliethoff Americas, Inc.
Registered Agent
William A Durham
808 Travis Street, Suite 1300
Houston, TX 77002 USA

Kasper Bihlet
5617 Willers Way
Houston, TX 77056

Plaintiff has requested that defendant Spliethoff Bevrachtingskantoor B.V., waive service of process pursuant to Rule 4(d), *Fed.R.Civ.P.*