IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INTERMARINE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-145 |
| | § | |
| SPLIETHOFF BEVRACHTINGSKANTOOR | § | |
| B.V., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On May 19, 2014, Plaintiff Intermarine, LLC filed an opposed motion to modify the scheduling and docket control order.  (Docket Entry No. 24).  The defendants must respond to the motion no later than June 6, 2014.

SIGNED on May 21, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge