IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERMARINE, LLC, <br><br> Plaintiff <br><br> v. <br><br> SPLIETHOFF BEVRACHTINGSKANTOOR B.V., SPLIETHOFF AMERICAS, INC., and KASPER BIHLET, <br><br> Defendants | § § § § § § § § § § § § § C.A. NO. 4:14-cv-00145 |

## UNOPPOSED MOTION TO EXTEND MEDIATON DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Spliethoff Americas, Inc. and Spliethoff's Bevrachtingskantoor B.V. and requests this Court to extend the deadline for mediation until August 30, 2014 for the reasons herein stated.

Mediation was originally scheduled in this matter to be completed by June 26, 2014. The Spliethoff Defendants were prepared and had arranged their schedules to be available for the mediation by that deadline. Plaintiff Intermarine filed a Motion to Extend the Mediation Deadline for ninety days and the Court, upon consideration of the motion, provided a thirty day extension until July 25, 2014 to allow the parties to schedule their mediation without the three month extension requested by Intermarine. However, due to the earlier deadline and arranging of schedules, the Spliethoff Defendants are not available for mediation between June 27, 2014 and August 18, 2014. Accordingly, it is respectfully requested that the deadline for mediation be extended until August 30, 2014 to allow the Spliethoff Defendants to appear.

22427: 4PCLH6135.WAD

WHEREFORE, PREMISES CONSIDERED, it is respectfully requested that the deadline for mediation be extended to August 30, 2014. This matter has been discussed with Plaintiff Intermarine who does not oppose the extension until August 30, 2014 and Defendant Kasper Bihlet who agrees to the Motion.

Respectfully submitted,

_____
William A. Durham
State Bar No. 06281800
S.D.TX. Adm. ID No. 4172
The Niels Esperson Building
808 Travis, Suite 1300
Houston, TX 77002
(713) 225-0905 – Telephone
(713) 225-2907 – Telefax
durham@easthamlaw.com – Email

*Attorney for Defendants, Spliethoff Americas, Inc. and Spliethoff's Bevrachtingskantoor B.V.*

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF CONFERENCE

Counsel for Movant has conferred with counsel for Intermarine who does not oppose the Motion and counsel for Kasper Bihlet who agrees to the Motion.

_____
William A. Durham

3.

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing Unopposed Motion to Extend Mediation Deadline to the following counsel of record on this the 27th day of June, 2014.

Cecily L. Kaffer
The Kullman Firm
Post Office Box 1287
Mobile, AL  36633

Samuel Zurik, III
The Kullman Firm
Post Office Box 60118
New Orleans, LA  70160

Daniel W. Jackson
The Jackson Law Firm
3900 Essex Lane, Suite 1116
Houston, TX  77027

William A. Durham