# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| INTERMARINE, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-14-145 |
| § | |
| SPLIETHOFF BEVRACHTINGSKANTOOR § | |
| B.V., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

The parties are directed to appear for a hearing to address Intermarine's opposed motion to modify the scheduling and docket control order, (Docket Entry No. 57), on Friday, February 27, 2015, at 11:30 a.m. in Courtroom 11-B, 515 Rusk Street, Houston, Texas 77002.

SIGNED on February 18, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge