IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERMARINE, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-14-145 |
| § | |
| SPLIETHOFF BEVRACHTINGSKANTOOR § | |
| B.V., *et al.*, § | |
| § | |
| Defendants. § | |

# AMENDED SCHEDULING AND
# DOCKET CONTROL ORDER

In light of the hearing of even date and the pending summary judgment motions, the previous scheduling and docket control orders are amended as follows:

1. May 19, 2015 — **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with applicable rules.

2. May 26, 2015 — **DOCKET CALL**
Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within seven (7) days of the Docket Call will be considered. All pending motions may be ruled on at docket call, and the case will be set for trial.

Other deadlines remain in place.

SIGNED on February 27, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge