UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERMARINE, LLC, | ) |
| | ) CASE NO. 4:14-CV-00145 |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SPLIETHOFF | ) |
| BEVRACHTINGSKANTOOR B.V., | ) |
| SPLIETHOFF AMERICAS, INC., and | ) |
| KASPER BIHLET, | ) |
| | ) |
| Defendants | ) |

**INTERMARINE'S UNOPPOSED MOTION TO SEAL BRIEF AND EXHIBITS**

Plaintiff Intermarine, LLC requests the court to seal *Intermarine's Brief in Opposition to Defendants' Motions for Summary Judgment,* with attached exhibits (Doc. 80). As grounds, Intermarine states that the brief and exhibits should have been filed under seal pursuant to the *Agreed Protective Order* entered on July 16, 2014, (Doc. 32) but was filed in the public record by mistake (although it has since been restricted from public view).

A proposed order is attached hereto.

/s/ Cecily L. Kaffer
**Cecily L. Kaffer,** pro hac vice
Attorney in charge for Plaintiff

The Kullman Firm, PLC
Post Office Box 1287
Mobile, Alabama 36633
Telephone: (251) 432-1811
clk@kullmanlaw.com

OF COUNSEL:

SAMUEL ZURIK, III

Texas Bar No. LA24716

BRENDAN M. GREENE
Fed. ID #2449592

The Kullman Firm
A Professional Law Corporation

Post Office Box 60118
New Orleans, LA 70160
Telephone:  (504) 524-4162
sz@kullmanlaw.com
bmg@kullmanlaw.com

## CERTIFICATE OF SERVICE

      I certify that on March 6, 2015, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

William A. Durham
Eastham, Watson, Dale & Forney, L.L.P.
The Niels Eperson Building
808 Travis Street, Ste. 1300
Houston, TX 77002
durham@easthamlaw.com


Daniel W. Jackson
The Jackson Law Firm
3900 Essex Lane, Suite 1116
Houston, Texas 77027
daniel@jacksonlaw-tx.com

                                                */s/ Cecily L. Kaffer*
                                                CECILY L. KAFFER

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **INTERMARINE, LLC,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**SPLIETHOFF** )<br>**BEVRACHTINGSKANTOOR B.V.,** )<br>**SPLIETHOFF AMERICAS, INC., and** )<br>**KASPER BIHLET,** )<br>)<br>**Defendants** ) | **CASE NO. 4:14-CV-00145** |

**ORDER**

This matter came before the Court on the unopposed motion of plaintiff Intermarine, LLC, to seal *Intermarine's Brief in Opposition to Defendants' Motions for Summary Judgment,* with attached exhibits (Doc. 80), as called for by the *Agreed Protective Order* entered on July 16, 2014, (Doc. 32).

Plaintiff's unopposed motion is GRANTED, and the Clerk is directed to place Document 80 under seal.

_____
Lee H. Rosenthal
United States District Judge