UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERMARINE, LLC, ) | |
| ) | CASE NO. 4:14-CV-00145 |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| SPLIETHOFF ) | |
| BEVRACHTINGSKANTOOR B.V., ) | |
| SPLIETHOFF  AMERICAS, INC., and ) | |
| KASPER BIHLET, ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S NOTICE OF WITHDRAWING CLAIM 4**

Plaintiff Intermarine, LLC, withdraws document 102, filed on March 6, 2015.

*/s/Cecily L. Kaffer*
**Cecily L. Kaffer,** pro hac vice
Attorney in charge for Plaintiff

The Kullman Firm, PLC
Post Office Box 1287
Mobile, Alabama 36633
Telephone:  (251) 432-1811
clk@kullmanlaw.com

OF COUNSEL:

SAMUEL ZURIK, III
BRENDAN M. GREENE

The Kullman Firm, PLC
Post Office Box 60118
New Orleans, LA 70160
Telephone:  (504) 524-4162
sz@kullmanlaw.com
bmg@kullmanlaw.com

1

## **CERTIFICATE OF SERVICE**

      I certify that on April 1, 2015, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

William A. Durham
Eastham, Watson, Dale & Forney, L.L.P.
The Niels Eperson Building
808 Travis Street, Ste. 1300
Houston, TX 77002
durham@easthamlaw.com


Daniel W. Jackson
The Jackson Law Firm
3900 Essex Lane, Suite 1116
Houston, Texas 77027
daniel@jacksonlaw-tx.com


                                                      ***/s/ Cecily L. Kaffer***_____
                                                      CECILY L. KAFFER