IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERMARINE, LLC, § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | C.A. NO. 4:14-cv-00145 |
| § | |
| SPLIETHOFF BEVRACHTINGSKANTOOR § | |
| B.V., SPLIETHOFF AMERICAS, INC., and § | |
| KASPER BIHLET, § | |
| § | |
| Defendants § | |

### RESPONSE TO INTERMARINE'S AMENDED STATEMENT OF MATERIAL FACTS [DOCKET 103]

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Spliethoff's Bevrachtingskantoor B.V. and Spliethoff Americas, Inc. (Spliethoff Defendants) and in response to Intermarine's Amended Statement of Material Facts [Docket 103] would show as follows:

1. Intermarine has filed motions to withdraw its Uncontested Statement of Material Facts [Docket 69] and Statement of Material Facts [Docket 80-1] as well as apparently its Amended Statement of Material Facts [Docket 102]. If the Court grants this relief and allows these filings to be withdrawn, this would only leave alive the filed Intermarine Amended Statement of Material Facts [Docket 103].

2. Spliethoff Defendants hereby, in response to Intermarine's Amended Statement of Material Facts [Docket 103], incorporate and set forth as if fully stated herein its objections to the factual statements made in its responses previously filed [Docket 77] and [Docket 89]. Spliethoff Defendants also incorporate and set forth the objections and statements identified by

22427: 5PCLH4107.WAD

Intermarine in their filing [Docket 103-1] which set forth the Spliethoff Defendants' objections to the various Intermarine Statement of Facts.

Respectfully submitted,

*(signature)*

William A. Durham
State Bar No. 06281800
S.D.TX. Adm. ID No. 4172
The Niels Esperson Building
808 Travis, Suite 1300
Houston, TX 77002
(713) 225-0905 – Telephone
(713) 225-2907 – Telefax
durham@easthamlaw.com – Email
*Attorney for Defendants,*
*Spliethoff's Bevrachtingskantoor B.V. and*
*Spliethoff Americas, Inc.*

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing to the following counsel of record on this the 2nd day of April, 2015.

Cecily L. Kaffer
The Kullman Firm
Post Office Box 1287
Mobile, AL 36633

Samuel Zurik, III
The Kullman Firm
Post Office Box 60118
New Orleans, LA 70160

Daniel W. Jackson
The Jackson Law Firm
3900 Essex Lane, Suite 1116
Houston, TX 77027

*(signature)*

William A. Durham
