UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERMARINE, LLC, | ) |
| | ) CASE NO. 4:14-CV-00145 |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SPLIETHOFF BEVRACHTINGSKANTOOR B.V., SPLIETHOFF AMERICAS, INC., and KASPER BIHLET, | ) |
| | ) |
| Defendants | ) |

**UNOPPOSED MOTION TO RESCIND ORDER TO PRODUCE DOCUMENTS**

Plaintiff Intermarine, LLC, respectfully requests the Court to rescind the *Order to Produce Documents* entered on February 27, 2015, (Doc. 92). As grounds, Intermarine states that Intermarine, Defendant Bihlet, and Dropbox have conferred regarding Intermarine's subpoena to Dropbox. Dropbox has produced the requested records pursuant to the user's lawful consent and to a letter agreement, obviating the need for litigation over this matter. A copy of the letter agreement is attached as Exhibit 1.

WHEREFORE, Intermarine respectfully requests the Court to rescind the *Order to Produce Documents* entered on February 27, 2015, (Doc. 92).

> */s/Cecily L. Kaffer*
> **Cecily L. Kaffer,** pro hac vice
> Attorney in charge for Plaintiff
>
> The Kullman Firm, PLC
> Post Office Box 1287
> Mobile, Alabama 36633
> Telephone: (251) 432-1811
> clk@kullmanlaw.com

OF COUNSEL:

SAMUEL ZURIK, III
Texas Bar No. LA24716

BRENDAN M. GREENE
Fed. ID #2449592

The Kullman Firm
A Professional Law Corporation

Post Office Box 60118
New Orleans, LA 70160
Telephone:  (504) 524-4162
sz@kullmanlaw.com
bmg@kullmanlaw.com

## CERTIFICATE OF SERVICE

      I certify that on August 4, 2015, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

William A. Durham
Eastham, Watson, Dale & Forney, L.L.P.
The Niels Eperson Building
808 Travis Street, Ste. 1300
Houston, TX 77002
durham@easthamlaw.com

Daniel W. Jackson
The Jackson Law Firm
3900 Essex Lane, Suite 1116
Houston, Texas 77027
daniel@jacksonlaw-tx.com


                                                      _**/s/  Cecily L. Kaffer**_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERMARINE, LLC, | ) |
| | ) CASE NO. 4:14-CV-00145 |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SPLIETHOFF | ) |
| BEVRACHTINGSKANTOOR B.V., | ) |
| SPLIETHOFF AMERICAS, INC., and | ) |
| KASPER BIHLET, | ) |
| | ) |
| Defendants | ) |

**ORDER**

This matter came before the Court on the unopposed motion of plaintiff Intermarine, LLC, to rescind the *Order to Produce Documents,* entered on February 27, 2015. After review, the Court finds that the motion is due to be, and hereby is, granted. The Court's February 27, 2015, *Order to Produce Documents,* (Doc. 92) is hereby rescinded.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

3