UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERMARINE, LLC, ) | |
| ) | |
| Plaintiff ) | CASE NO. 4:14-CV-00145 |
| ) | |
| v. ) | |
| ) | |
| SPLIETHOFF ) | |
| BEVRACHTINGSKANTOOR B.V., ) | |
| SPLIETHOFF AMERICAS, INC., and ) | |
| KASPER BIHLET, ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S <u>UNOPPOSED</u> MOTION TO RE-SET TRIAL DATE**

Plaintiff Intermarine, LLC, asks the court to re-set the trial of this case from the current setting on September 14, 2015, to the back-up setting on September 28, 2014.  As grounds, plaintiff states as follows:

1. Undersigned counsel Cecily L. Kaffer, attorney-in-charge for plaintiff Intermarine, LLC, is a shareholder in The Kullman Firm, PLC, and does not live in Houston.  Counsel is the single mother of an 8 year old child.  Counsel's long-time nanny had unexpected heart surgery on July 30, 2015, requiring three by-passes, and will not be returning to work during September.

2. Counsel has not been successful in procuring substitute child care for the week of September 14, 2015.  Counsel's usual back-up child care is not available during the week of September 14,[1] and counsel has not been able to make other arrangements.

3. Counsel <u>can</u> procure care during the week of September 28.

4. This case is legally and factually complex, and should be tried by Plaintiff's attorney-in-charge.

5. Co-counsel Sam Zurik, who is a shareholder in The Kullman Firm, PLC, cannot attend trial during the week of September 14, due to the Rosh Hashanah holiday on that date, and personal commitments later in the week.

1

6. Co-counsel Brendan Greene is an associate with The Kullman Firm, PLC.

WHEREFORE, Intermarine respectfully requests the court to re-set the trial of this case from the current setting on September 14, 2015, to the back-up setting on September 28, 2014.

/s/Cecily L. Kaffer
**Cecily L. Kaffer,** pro hac vice
Attorney in charge for Plaintiff

The Kullman Firm, PLC
Post Office Box 1287
Mobile, Alabama 36633
Telephone:  (251) 432-1811
clk@kullmanlaw.com

OF COUNSEL:

SAMUEL ZURIK, III
Texas Bar No. LA24716

BRENDAN M. GREENE
Fed. ID #2449592

The Kullman Firm
A Professional Law Corporation

Post Office Box 60118
New Orleans, LA 70160
Telephone:  (504) 524-4162
sz@kullmanlaw.com
bmg@kullmanlaw.com

---

[1] Counsel usually relies on her sister and brother-in-law for back up care, but they are not available during the week of September 14, because they are travelling to Nevada due to the birth of their grandchild.

2

## CERTIFICATE OF SERVICE

      I certify that on August 6, 2015, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

William A. Durham
Eastham, Watson, Dale & Forney, L.L.P.
The Niels Eperson Building
808 Travis Street, Ste. 1300
Houston, TX 77002
durham@easthamlaw.com


Daniel W. Jackson
The Jackson Law Firm
3900 Essex Lane, Suite 1116
Houston, Texas 77027
daniel@jacksonlaw-tx.com


                                                    ***/s/Cecily L. Kaffer***
                                                  CECILY L. KAFFER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERMARINE, LLC, | ) |
| | ) CASE NO. 4:14-CV-00145 |
|                 **Plaintiff** | ) |
| | ) |
| v. | ) |
| | ) |
| SPLIETHOFF | ) |
| BEVRACHTINGSKANTOOR B.V., | ) |
| SPLIETHOFF  AMERICAS, INC., and | ) |
| KASPER BIHLET, | ) |
| | ) |
|                 **Defendants** | ) |

**ORDER**

This matter came before the Court on the unopposed motion of plaintiff Intermarine, LLC, to re-set the trial of this case from the current setting on September 14, 2015, to the back-up setting on September 28, 2014.  After review, the Court finds that the motion is due to be, and hereby is, granted.  Accordingly, the trial date previously set on September 14, 2015, is cancelled, and this case is set for trial on September 28, 2014.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

4