IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INTERMARINE, LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-145 |
| SPLIETHOFF BEVRACHTINGSKANTOOR B.V., *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

The unopposed motion of plaintiff Intermarine, LLC, to rescind the February 27, 2015 Order to Produce Documents, entered as Docket Entry No. 92, is granted. The February 27, 2015 Order to Produce Documents is vacated.

SIGNED on August 6, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge